1 DANIEL J. BRODERICK
Federal Defender
2 TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
ERIC V. MYERS

7

8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )   2:11-MJ-0391
                                  )
13            Plaintiff,          )   **STIPULATION AND ORDER TO**
                                  )   **EXTEND TIME FOR PRELIMINARY**
14      v.                        )   **EXAMINATION AND EXCLUDE TIME**
                                  )
15 ERIC V. MYERS,                 )
                                  )   Date: February 3, 2012
16            Defendant.          )   Time: 2:00 p.m.
   _____ )   Judge: Hon. Carolyn Delaney

17

18

19      It is hereby stipulated and agreed between defendant, Eric V.

20 Myers, and plaintiff, United States of America, by and through

21 their attorneys, that the preliminary hearing set for February 3,

22 2012, may be continued to March 2, 2012, at 2:00 p.m.

23      The government has asked Pretrial Services to evaluate Mr.

24 Myers' suitability for pretrial diversion.  Assuming Mr. Myers is

25 deemed suitable for diversion, the parties are likely to enter an

26 agreement leading to dismissal of the complaint without further

27 judicial proceedings.  Accordingly, Mr. Myers and the government

28 have agreed to extend time for the preliminary hearing to March 2,

                                  1

2012, at 2:00 p.m., and agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d).  The parties further agree that the time within which charges must be filed may be extended to March 2, 2012, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  January 31, 2012        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for ERIC V. MYERS


                                BENJAMIN B. WAGNER
                                United States Attorney

Dated:  January 31, 2012        /s/ T. Zindel for J. Lee
                                JUSTIN LEE
                                Special Assistant U.S. Attorney



////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////

# **O R D E R**

The preliminary hearing is continued to March 2, 2012, at 2:00 p.m., the Court finding good cause.  The Court further finds that the ends of justice are served by the granting of an exclusion of time under the Speedy Trial Act until that date, and that such ends of justice outweigh the best interests of the public and the defendant in a speedy trial.  IT IS SO ORDERED.

Dated: January 31, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE