DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERIC V. MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-MJ-0391 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND TIME FOR PRELIMINARY** |
| v. ) | **EXAMINATION AND EXCLUDE TIME** |
| ) | |
| ERIC V. MYERS, ) | |
| ) | Date: March 2, 2012 |
| Defendant. ) | Time: 2:00 p.m. |
| _____ ) | Judge: Hon. Carolyn Delaney |

It is hereby stipulated and agreed between defendant, Eric V. Myers, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for March 2, 2012, may be continued to March 28, 2012, at 2:00 p.m.

Pretrial Services is evaluating Mr. Myers' suitability for pretrial diversion at the government's request. The parties anticipate that Mr. Myers will be deemed suitable for diversion and that they will enter an agreement to dismiss the complaint without further proceedings after a period of formal diversion. Accordingly, Mr. Myers and the government agree to extend time for

1

the preliminary hearing to March 28, 2012, at 2:00 p.m., and agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which charges must be filed may be extended to March 28, 2012, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 29, 2012   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ERIC V. MYERS

BENJAMIN B. WAGNER
United States Attorney

Dated: February 29, 2012   /s/ T. Zindel for J. Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to March 28, 2012, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated: February 29, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE