BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700


FILED
MAR 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MJ-00391-CKD |
| Plaintiff, | ORDER VACATING PRELIMINARY EXAMINATION, SETTING STATUS HEARING, AND EXCLUDING TIME |
| v. | |
| ERIC V. MYERS, | DATE: March 28, 2012 |
| | TIME: 2:00 p.m. |
| Defendant. | JUDGE: Hon. Dale. A. Drozd |

It is hereby Ordered that the Preliminary Examination set for March 28, 2012 is VACATED. The parties shall appear for a status hearing before the duty magistrate on March 27, 2013 at 2:00 p.m. Time is excluded from March 27, 2012, through March 27, 2013, under Local Code I.

IT IS SO ORDERED.

Dated: March 27, 2012

_____
HON. DALE A. DROZD
United States Magistrate Judge

```
 1   BENJAMIN B. WAGNER
     United States Attorney
 2   JUSTIN L. LEE
     Special Assistant U.S. Attorney
 3   501 I Street, Suite 10-100
     Sacramento, California 95814
 4   Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,    ) 2:11-MJ-00391
                                  )
12            Plaintiff,          ) STIPULATION RE: DIVERSION
                                  )
13        v.                      )
                                  )
14   ERIC V. MYERS,               ) DATE: March 28, 2012
                                  ) TIME: 2:00 p.m.
15            Defendant.          ) JUDGE: Hon. Dale A. Drozd
                                  )
16   ─────────────────────────────
17        It is hereby stipulated and agreed between the United States
18   and the defendant by and through their respective counsel to
19   vacate the preliminary hearing set for March 28, 2012, and set
20   the matter for a status hearing before the duty magistrate on
21   March 27, 2013, at 2:00 p.m.
22        The parties have come to terms on a pretrial diversion
23   agreement whereby the defendant will be supervised by pretrial
24   services for a period of one year.  After the period of formal
25   diversion, the parties anticipate that the complaint in this
26   matter will be dismissed.  The parties request that the Court
27   ///
28   ///
```

calendar this matter before the duty magistrate for a status hearing on March 27, 2013, at 2:00 p.m. and exclude time under Local Code I, 18 U.S.C. § 3161(h)(2).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: March 27, 2012          /s/ Justin L. Lee
                                        JUSTIN L. LEE
                                        Special Assistant U.S. Attorney

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: March 27, 2012          /s/ Timothy Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender