```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-MJ-00391-CKD |
|---|---|---|
| Plaintiff, | ) | ORDER DISMISSING MATTER WITH PREJUDICE |
| v. | ) | |
| ERIC V. MYERS, | ) | DATE: March 27, 2013 |
| | ) | TIME: 2:00 p.m. |
| Defendant. | ) | JUDGE: Duty Judge |

Upon consideration of the Stipulation to Dismiss Matter With Prejudice, it is hereby ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE and the March 27, 2013 Status Conference is VACATED.

IT IS SO ORDERED.

Dated: March 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE